# United States Court of Appeals
# for the Fifth Circuit

———————————

No. 23-10625
Summary Calendar

———————————

United States Court of Appeals
Fifth Circuit

**FILED**
February 15, 2024

Lyle W. Cayce
Clerk

United States of America,

Plaintiff—Appellee,

versus

Francisco Valdez-Ruiz,

Defendant—Appellant.

———————————————————————

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 2:21-CR-97-3

———————————————————————

Before Higginbotham, Stewart, and Southwick, Circuit Judges.

Per Curiam:[*]

The attorney appointed to represent Francisco Valdez-Ruiz has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Valdez-Ruiz has filed a response. The record is not sufficiently developed to allow us to make a fair evaluation of Valdez-Ruiz's

———————————————

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 23-10625

claims of ineffective assistance of counsel; we therefore decline to consider the claims without prejudice to collateral review. *See United States v. Isgar*, 739 F.3d 829, 841 (5th Cir. 2014).

We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Valdez-Ruiz's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.